**264**

STATE of Missouri, Respondent,

v.

Charles WILSON, Appellant.

No. WD 45786.

Missouri Court of Appeals,
Western District.

Oct. 13, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Nov. 24, 1992.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for robbery in the first degree, § 569.020, RSMo 1986, and sentence of ten years and armed criminal action, § 571.015 and sentence of three years with sentences to run concurrently.

Judgment affirmed.   Rule 30.25(b)